# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **MANUEL ALEXANDER ARIZMENDI-BURGOS #A078181263**, Plaintiff | **CIVIL DOCKET NO. 1:20-CV-00656-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DAVID COLE, ET AL**, Defendants | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 26], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Plaintiff's Civil Rights Complaint under 42 U.S.C. § 1983 [ECF No. 1] and the amended Complaint [ECF No. 15] are DENIED and DISMISSED WITH PREJUDICE for failure to state a claim for which relief can be granted.

THUS, DONE AND SIGNED in Chambers on this 12th day of February 2021.

*/s/ David C. Joseph*
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE